UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:20-CR-583-12 |
| | § | |
| RAHEEL MALIK | § | |

## ORDER RESETTING PSI DEADLINES

Pending before the Court is the Unopposed Motion to Continue all Settings (Doc. No. 203), it is this Court's opinion that the motion should be **GRANTED**. It is therefore

**ORDERED** that the following deadlines shall apply:

1. The investigation and preparation of the pre-sentence report
   be completed by                                                                 **July 1, 2022**

2. Counsel shall file objections in writing to the report (including
   the alleged facts of the offense and applicability to the sentencing
   guidelines) by                                                                    **July 15, 2022**
   If there is no objection, likewise a statement signed by Counsel
   and the Defendant shall be filed.

3. After further investigation, the pre-sentence officer shall submit
   a final report by                                                                 **July 29, 2022**

4. This case is set for sentencing at **8:30 a.m.** on                              **August 8, 2022**
   before United States District Judge Andrew S. Hanen.

SIGNED at Houston, Texas, this ____18th____ day of January 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE